IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
IN OPEN COURT

MAY - 8 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | Criminal No. 2:25-cr-*56* |
| KEVIN ERIC BLANDING | 18 U.S.C. § 371<br>Conspiracy<br>(Count One) |
| and | |
| ███████████████ | 18 U.S.C. §§ 1702 and 2<br>Obstruction of Correspondence<br>(Count Two) |
| Defendants. | 18 U.S.C. §§ 1708 and 2<br>Theft of Mail<br>(Counts Three and Four) |
| | 18 U.S.C. §§ 1705 and 2<br>Breaking into Letter Boxes<br>(Count Five) |
| | 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. §<br>2461(c), and 21 U.S.C. § 853(p)<br>Criminal Forfeiture |

INDICTMENT

May 2025 Term – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Conspiracy)

1.      Beginning on an unknown date, but no later than May 2024, in the Eastern

District of Virginia, the defendants, KEVIN ERIC BLANDING and ███████████

████ knowingly and willfully conspired and agreed together and with each other, and with

other persons known and unknown to the grand jury, to commit the following offenses against

the United States:

    a.  Knowingly did take a letter, postal card, and package out of a post office and an authorized depository for mail matter, and which had been in a post office and authorized depository, before it had been delivered to the person to whom it was directed, with design to obstruct the correspondence, and open, secrete, embezzle, and destroy the same, in violation of Title 18, United States Code, Section 1702;

    b.  Knowingly did steal, take, and abstract a letter, postal card, package, bag, and mail, and an article and thing contained therein which had been left for collection upon and adjacent to a collection box and other authorized depository of mail matter, in violation of Title 18, United States Code, Section 1708;

    c.  Knowingly and unlawfully did conceal and possess a letter, postal card, package, bag, or mail, or an article or thing contained therein, knowing that they had been so stolen, taken, and abstracted, in violation of Title 18, United States Code, Section 1708; and

    d.  Willfully and maliciously did injure, tear down, destroy, and break open a letter box and other receptacle intended and used for the receipt and delivery of mail on a mail route of the United States Postal Service, in violation of Title 18, United States Code, Section 1705.

THE OBJECT OF THE CONSPIRACY

2.    The object of the conspiracy was for KEVIN ERIC BLANDING and ████████ ████████, and others known and unknown to the grand jury, unlawfully to break into a United States Postal Service mail collection box.

2

## THE WAYS, MANNER, AND MEANS OF THE CONSPIRACY

3.    On the evening of May 5, 2024, BLANDING and ███████ drove together in a 1999 Honda Accord to the Suffolk Main Post Office at 445 N. Main St., Suffolk, Virginia, which is within the Eastern District of Virginia.

4.    BLANDING, ███████ or both defendants, broke into a blue United States Postal Service mail collection box at the post office.

5.    BLANDING, ███████ or both defendants, removed the contents of the mail collection box, including mail matter before it had been delivered to the person to whom it was directed.

6.    BLANDING, ███████, or both defendants, placed the contents of the mail collection box in the Honda Accord and drove away with the contents.

(In violation of Title 18, United States Code, Section 371.)

3

## COUNT TWO
### (Obstruction of Correspondence)

7.　　The allegations in Count One of this Indictment are incorporated herein as if restated verbatim.

8.　　On or about May 5, 2024, in the Eastern District of Virginia, the defendants, KEVIN ERIC BLANDING and ███████████████████, aided and abetted by each other, did knowingly take a letter, postal card, and package out of a post office and an authorized depository for mail matter, and which had been in a post office and authorized depository, before it had been delivered to the person to whom it was directed, with design to obstruct the correspondence, and opened, secreted, embezzled, and destroyed the same.

(In violation of Title 18, United States Code, Sections 1702 and 2.)

4

## COUNT THREE
(Theft of Mail)

9.      The allegations in Count One of this Indictment are incorporated herein as if restated verbatim.

10.     On or about May 5, 2024, in the Eastern District of Virginia, the defendants, KEVIN ERIC BLANDING and                                  aided and abetted by each other, did knowingly steal, take, and abstract a letter, postal card, package, bag, and mail, and an article and thing contained therein which had been left for collection upon and adjacent to a collection box and other authorized depository of mail matter., and did unlawfully conceal and possess such items knowing that they had been so stolen, taken, and abstracted.

(In violation of Title 18, United States Code, Sections 1708 and 2.)

5

## COUNT FOUR
(Theft of Mail)

11.     The allegations in Count One of this Indictment are incorporated herein as if restated verbatim.

12.     On or about May 5, 2024, in the Eastern District of Virginia, the defendants, KEVIN ERIC BLANDING and ███████████████████, aided and abetted by each other, did knowingly conceal and possess a letter, postal card, package, bag, and mail, and an article and thing contained therein which had been left for collection upon and adjacent to a collection box and other authorized depository of mail matter knowing that they had been so stolen, taken, and abstracted.

(In violation of Title 18, United States Code, Sections 1708 and 2.)

## COUNT FIVE
(Breaking into Letter Boxes)

13.    The allegations in Count One of this Indictment are incorporated herein as if restated verbatim.

14.    On or about May 5, 2024, in the Eastern District of Virginia, the defendants,

KEVIN ERIC BLANDING and                          aided and abetted by each

other, did willfully and maliciously injure, tear down, destroy, and break open a letter box and

other receptacle intended and used for the receipt and delivery of mail on a mail route.

(In violation of Title 18, United States Code, Sections 1705 and 2.)

7

## CRIMINAL FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

A.      Upon conviction of any of the violations alleged in Counts One, Three, or Four of this Indictment, the defendants, KEVIN ERIC BLANDING and ███████████████, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violations, including but not limited to a sum of money equal to the amount of the proceeds traceable to such offenses for which the defendants are convicted.

B.      If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853(p), and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).)

8

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office

*United States of America v. Kevin Eric Blanding et al.*
2:25-cr- 56

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

ERIK S. SIEBERT
UNITED STATES ATTORNEY

By: _____
Anthony C. Marek
Assistant United States Attorney
State Bar of Michigan #P76767
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office: (757) 441-6331
Fax: (757) 441-6689
Email: Anthony.Marek@usdoj.gov