IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO. 2:25-CR-56-001

KEVIN ERIC BLANDING,

### JUDGMENT OF ACQUITTAL

The Court **GRANTS** Defendant's Motion for Acquittal, pursuant to Rule 29 (a) of the Federal Rules of Criminal Procedure, and **ORDERS** entry of judgment of acquittal of the offenses charged in Counts 3 and 4 of the Indictment. The Defendant was found not guilty on Counts 2 and 5 after trial by jury.

The Defendant is **HEREBY** acquitted and discharged, and any bond is exonerated as to the above counts.

The Clerk is **DIRECTED** to send a copy of this Order to defense counsel, the Assistant United States Attorney, to the Probation Office, and to the United States Marshal at Norfolk.

**IT IS SO ORDERED.**

/s/
John A. Gibney, Jr.
Senior United States District Judge

Dated: OCTOBER 3, 2025