# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

FILED
IN OPEN COURT

OCT - 2 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:25cr56 |
| | ) | |
| KEVIN ERIC BLANDING | ) | |

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office

## JURY VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT, KEVIN ERIC BLANDING:

COUNT ONE: With respect to Count One, Conspiracy to commit obstruction of correspondence, theft of mail, and breaking into letter boxes, we find the defendant, KEVIN ERIC BLANDING:

Guilty ___✓___     Not Guilty _____

COUNT TWO: With respect to Count Two, Obstruction of Correspondence, we find the defendant, KEVIN ERIC BLANDING:

Guilty _____     Not Guilty ___✓___

COUNT FIVE: With respect to Count Five, Breaking into Letter Boxes, we find the defendant, KEVIN ERIC BLANDING:

Guilty _____     Not Guilty ___✓___

UNITED STATES v. KEVIN ERIC BLANDING
Criminal No. 2:25cr56

02 OCT 2025
_____
Date

_____
Foreperson's Signature